IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MANUEL PINA-RODRIGUEZ,
ADC #152211                                                                           PETITIONER

v.                           No. 5:14-cv-444-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                                          RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, № 24, and overrules Pina-Rodriguez's objections, № 25. FED. R. CIV. P. 72(b)(3). Pina-Rodriguez's petition, № 2, will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2015

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).