IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MANUEL PINA-RODRIGUEZ,
ADC #152211                                                        PETITIONER

v.                      No. 5:14-cv-444-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Pina-Rodriguez's petition for a writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015